# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN KOON, | Case No. EDCV 09-2131-AHM (JEM) |
|           Petitioner, | **JUDGMENT** |
|    v. | |
| FRANK X. CHAVEZ, Warden, | |
|           Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: March 26, 2010

                                                  A. HOWARD MATZ
                                   UNITED STATES DISTRICT JUDGE