FILED
CLERK, U.S. DISTRICT COURT

MAR 26 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN KOON,<br><br>    Petitioner,<br><br>    v.<br><br>FRANK X. CHAVEZ, Warden,<br><br>    Respondent. | Case No. EDCV 09-2131-AHM (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Final Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

    **IT IS HEREBY ORDERED** that Respondent's Motion to Dismiss the Petition as untimely be granted and that judgment be entered denying and dismissing the Petition for Writ of Habeas Corpus with prejudice.

DATED: 3/26/2010

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE